Appeals for the First Circuit denied. MR. CHIEF JUSTICE HUGHES took no part in the consideration or decision of this application. *Mr. Saul S. Myers* for petitioners. *Messrs. Robert Hale* and *Leonard A. Pierce* for respondents.

No. 393. COHEN GOLDMAN & Co., INC. *v.* UNITED STATES. November 6, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. H. H. Nordlinger* and *Dean Hill Stanley* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Paul A. Sweeney* and *H. Brian Holland* for the United States.

No. 432. GLENN ET AL., EXECUTORS, *v.* BOWERS, EXECUTOR; and

No. 433. SAME *v.* EDWARDS, COLLECTOR OF INTERNAL REVENUE. November 6, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lewis Landes* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *J. P. Jackson* for respondents.

No. 445. GOODYEAR TIRE & RUBBER Co., INC. *v.* OVERMAN CUSHION TIRE Co., INC. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Neave, F. O. Richey,* and *B. D. Watts* for petitioner. *Mr. Robert W. Byerly* for respondent.

No. 465. GOODYEAR TIRE & RUBBER Co., INC. *v.* OVERMAN CUSHION TIRE Co., INC., ET AL. November 6, 1933.